NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SRI INTERNATIONAL

---

### 2012-1456

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, Reexamination No. 90/008,123.

---

### JUDGMENT

---

CRAIG E. COUNTRYMAN, Fish & Richardson P.C., of San Diego, California, argued for appellant. With him on the brief were FRANK E. SCHERKENBACH, of Boston, Massachusetts; THOMAS L. HALKOWSKI, of Wilmington, Delaware; and HOWARD G. POLLACK, of Redwood City, California.

SCOTT C. WEIDENFELLER, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and TARANTO, *Circuit Judge*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2013                    /s/ Daniel E. O'Toole
     Date                          Daniel E. O'Toole
                                   Clerk